**FILED**

APR 19 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. __5:24-CT-3082-BO_____

LARRY BLAKNEY

Inmate Number 34750171

*(In the space above enter the full name(s) of the plaintiff(s).)*

SEE ATTACHED COMPLAINT OF THE
CHALLENGED PRISON CONDITION & MEDICAL NEGLECT

-against-

EMPLOYEES of THE UNITED STATES of
AMERICA, C. CLOUTIER M.D. L. SHEPASBy.D,
L. GRADY M.D. COMPLEX WARDEN T.
SCARANTINO (ATTN. GEN MERRICK GARLAND)
[ATTORNEY OF RECORD]

*(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)*

**COMPLAINT**

*(Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐   42 U.S.C. § 1983 (state, county, or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☑   Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Larry Blakney
Name

347501171
Prisoner ID #

Federal Medical Center of Butner N.C.
Place of Detention

1000 Old Highway N.C 75
Institutional Address

Butner                          N.C                   27509
City                            State                 Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐   Pretrial detainee   ☐ State   ☐ Federal
☑   Civilly committed detainee
☐   Immigration detainee
☐   Convicted and sentenced state prisoner
☐   Convicted and sentenced federal prisoner

Case 5:24-ct-03082-D-RJ   Document 5   Filed 04/19/24   Page 2 of 18

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: L. GRADY / LOGAN GRADY M.D
Name

CHIEF PSYCHIATRIST
Current Job Title

1000 OID HIGHWAY N.C 75
Current Work Address

BUTNER                    N.C            27509
City                      State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: L. SHEPAS / LAURA SHEPAS Psy.D
Name

ADVANCED CARE LEVEI PsyCHOLOGIST
Current Job Title

1000 OID HIGHWAY . N.C 75
Current Work Address

BUTNER                    NC             27509
City                      State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Case 5:24-ct-03082-D-RJ    Document 5    Filed 04/19/24    Page 3 of 18

## Defendant(s) Continued

Defendant 3: C. CLOUTIER M.D
Name

STAFF PSYCHIATRIST, AMINISTRATIVE HEARING OFFICER
Current Job Title

1000 OID HIGHWAY 75
Current Work Address

BUTNER      N.C      27509
City      State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4: WARDEN T. SCARANTINO
Name

COMPLEX WARDEN
Current Job Title

1000 OID HIGHWAY 75
Current Work Address

BUTNER      N.C      27509
City      State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Page 4 of 10

What
happened
to you?

When did it
happen to
you?

Where did it
happen to
you?

WILLIAM BILL BARR AT THE TIME ARRIVED TO THE F.M.C OF BUTNER HE RESIDE AND MERRICK GARLAND BECOME ATTORNEY GENERAL OF THE U.S MARCH, 11, 2021 AND SUBSTITUTED ALL OF WILLIAM BARR PROCEEDINGS AFTER LEFT HIS OFFICE. THE ATTORNEY GENERAL MERRICK GARLAND HAS BEEN CONDUCTING AN UNLAWFUL SURVEILLANCE ON ME AT THE F.M.C OF BUTNER FOR THE LUMINATEE IN PURSUANT TO 50 U.S.C § 1801, AS WELL AS MY PEERS OF MY HOMETOWN HARTSVILLE S.C FOR MEMBERS OF THE LUMINATEE SUCH AS "CAT" CATHERINE BREWTON WHO IS A MEMBER OF THE LUMINATEE THAT WORK'S AT A MUSIC COMPOSING COMPANY NAME "B.M.I IN WHICH I COMPOSE MY MUSIC WITH AS WELL AS MY PUBLICIST SHAWN PAPI IN WHOM IS MY PUBLICIST AND BUSINESS PARTNER YOU CAN GOOGLE HEY PAPI PROMOTION CHRISTIAN NETWORK TO FIND OUT MORE ABOUT SHAWN PAPI WHO'S A MEMBER OF THE LUMINATEE IN WHOM IS BOTH AFFILIATED WITH JAY-Z AK A SHAWN CARTER CEO OF ROCNATION RECORDS ALSO A MEMBER OF THE LUMINATEE. THESE INDIVIDUALS ALONG WITH CHIEF JAMES HUDSON AND HIS PERSONNEL AT THE HARTSVILLE S.C POLICE DEPARTMENT HAVE BEEN RECORDING ME AT THE F.M.C OF BUTNER UNDER THE APPROVAL OF THE ATTY. GEN. THROUGH F.I.S.A 50 U.S.C § 1801 SO THAT THEY CAN MAKE AN ONLINE SHOW OF THEM AND SOME OF MY PEERS FROM HARTSVILLE S.C AND OTHER AREAS PICKING ON ME THROUGH THE COMMUNICATION DEVICE THROUGH DEROGATORY JOKES AND NAME CALLING IN WHICH IS ALL MENTIONED IN THE ATTACHED "COMPLAINT" MY GRIEVANCES, B-8, B-9 B-10-B-11, INSTEAD OF THE MEDICAL EXPERTS AND

Page 6 of 10

## V. STATEMENT OF CLAIM

Place(s) of occurrence: AT THE FEDERAL MEDICAL CENTER OF BUTNER N.C

Date(s) of occurrence: THE TIMES AND DATES ARE INCLUDED IN THE ATTACHED COMPLAINT THAT WAS PROPOSE WITH THE REMEDIES

State which of your federal constitutional or federal statutory rights have been violated:

THE EIGTH, FOURTEENTH, AND FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

I'M UNDERGOING INADEQUATE MEDICAL TREATMENT (MEDICAL NEGLECT) BY BEING FORCED TO TAKE UNNEEDED MEDICATIONS FOR A SITUATION THAT I'M NOT ACTUALLY HALLUCINATING ABOUT. SINCE I ARRIVED TO THE F.M.C OF BUTNER N.C 2019 I'VE BEEN UNDER SURVEILLANCE BY THE D.O.J OF THE UNITED STATES THROUGH THE APPROVAL OF AN APPLICATION BY THE ATTORNEY GENERAL OF THE U.S IN PURSUANT 50 U.S.C §§ 1801-1862, SO THAT I CAN BE WATCHED AND HARASSED BY THE INDIVIDUALS MENTION IN THE "ATTACHED COMPLAINT" FOR MEDICAL NEGLECT AND CHALLENGED PRISON CONDITION AS WELL AS THE B-8 INFORMAL COMPLAINT, THE B-9 GRIEVANCE AND ALL THE REMEDIES THAT I SUBMITTED WITH THE PROPOSE COMPLAINT AS WELL AS THE B-10 AND B-11 APPEALS TO THE REGIONAL DIRECTOR AND THE GENERAL COUNSELOR. THE ATTORNEY GENERAL WAS

Who did what to you?

Case 5:24-ct-03082-D-RJ    Document 5    Filed 04/19/24    Page 6 of 18

**What was your injury?**

THE COMPLEX WARDEN RESPONDING TO THE GRIEVANCE AND INFORMAL COMPLAINTS. THEY'RE FORCING ME TO TAKE UNWANTED ANTI-PSYCHOTIC MEDICATION AGAINST MY LIBERTY INTEREST THAT'S CAUSING ME TO SUFFER SEVERE SIDE-EFFECTS AND PUTTING ME IN IMMINENT DANGER OF MY HEALTH DO TO MY DIABETES, I SUBMITTED THE SIDE-EFFECTS OF THE RISPERDONE INDICATING THAT IT'S A LIFE-THREATING DRUG TO ANY INDIVIDUAL THAT'S DIAGNOSED WITH DIABETES, I WAS RUSH TO THE HOSPITAL OF CAMPUS DUKE REGIONAL HOSPITAL DO TO MY SUGAR LEVEL BEING TOO HIGH, MY SUGAR LEVEL WAS UP TO CLOSE TO 900, THE DOCTORS AT THE REGIONAL HOSPITAL IN DURHAM SAID I WOULD'VE DIED IF THEY WOULDN'T GOT ME TO THE DUKE REGIONAL HOSPITAL SO THAT THEY COULD PERFORM AN INSULIN DROP ON ME TO REDUCE MY A1-C LEVEL. THE ANTI-PSYCHOTIC MEDICATION IS EFFECTING THE WAY I THINK AND CAUSE MEMORY LOSE BEING TO FACT THAT IT'S A MIND ALTERING DRUG THEY'RE FORCING ME TO TAKE THE MEDICATION THROUGH A DISSOLVABLE TABLET, AND MAKING THREATS OF HOLDING DOWN AND INJECTING ME THROUGH A NEEDLE WITH THE LIFE THREATING MEDICATIONS THAT'S PUTTING ME IN "IMMINENT DANGER" OF MY HEALTH AND SAFETY OUT OF DELIBERATE INDIFFERENCE DO TO ME RESPONDING TO THE HARASSMENT THAT I'M GOING THROUGH THROUGH THE ELECTRONIC SURVEILLANCE AT THE F.M.C OF BUTNER N.C... I HAVE ATTACHED AN ADDITIONAL COMPLAINT TO THIS ONE, DO TO LACK OF SPACE TO FINISH ON THIS FORM OUT OF DELIBERATE INDIFFERENCE OF THE RISK THAT'S INDICATED AS AN EXHIBIT ON THE SIDE EFFECT FORM FOR THE MEDICATION THEY'RE PRESCRIBING THAT INDICATES THAT IT'S A LIFE-THREATING DRUG TO AN INDIVIDUAL WITH DIABETES THEY'RE STILL THAT WE TAKE THE MEDICATION DISREGARDING MY HEALTH AND SAFETY

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No

If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?   ☑ Yes   ☐ No

If no, explain why not:

_____

_____

_____

_____

_____

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

PlAINTIFF ASK THE COURT TO MAKE THE DEFENDANTS REFRAIN FROM GIVING HIM lIFE-THREATING MEDICATION, THE PlAINTIFF AlSO ASK THE COURT TO HOlD THE DEFENDANT, UNITED STATES of AMERICA JOINTlY AND SEVERElY lIABlE FOR COMPESATORy AND PUNITIVE DAMAGES AND THE COST of THIS ACTION. All OTHER RElIEf IS REQUESTED IN THE ATTACHED COMPlAINT TO THIS FORM THAT CAN NOT BE WRITTEN ON THIS FORM DO TO lACK of SpACE

## VIII.  PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?          ☑ Yes    ☐ No

If yes, how many? _____ N/A _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

I HAVE BEEN COMPLAINING ABOUT THIS SITUATION TO THIS COURT ON SEVERAL OCCASIONS BEING TO THE FACT THAT I'M REALLY DEALING WITH THE HARASSMENTS THAT I'M COMPLAINING ABOUT THROUGH THE SURVEILLANCE THAT'S MENTION IN MY COMPLAINT I'M EVEN WILLING TO PUT MYSELF UNDER THE PENALTY OF PERJURY AND BE PENALIZE IF THE COURT DO A INVESTIGATION ON MY ISSUES IM COMPLAINING BOUT AND FIND OUT THAT I'M LYING ABOUT IT

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT SEE: 28 U.S.C §1746; 18 U.S.C §1621

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

4-16-2024
Dated

Larry Blakney
Plaintiff's Signature

LARRY BLAKNEY
Printed Name

34750171
Prison Identification #

1000 Old Highway 75          Butner          N.C.     27509
Prison Address                City                     State   Zip Code

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA WESTERN DIVISION

LARRY BLAKNEY #347250171
PLAINTIFF

V.S

UNITED STATES OF AMERICA
DEFENDANT

CASE NO. 5:24-Ct-3082-BO

COMPLAINT UNDER FEDERAL TORT CLAIM ACT - MEDICAL NEGLECT AND CHALLENGED PRISON CONDITION & IMMINENT DANGER

1.) PLAINTIFF BRINGS THIS ACTION AGAINST, THE UNITED STATES OF AMERICA PURSUANT TO THE FEDERAL TORT CLAIMS ACT, SO THAT THIS COURT HAS JURISDICTION OF THE SUBJECT MATTER OF THIS ACTION PURSUANT 28 U.S.C §1346(b)(1)

2.) THE COURT ALSO HAS JURISDICTION OF THIS ACTION UNDER 28 U.S.C § 1331, 1343 (A)(3)(4) VIOLATION OF THE EIGHTH, FOURTEENTH AND FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION. SEE. WEST V. ATKINS 487 U.S. 42, 48, 108, S. Ct 2250, 101 L. Ed. 2d. 40 (1988),

3.) THE COURT ALSO HAS JURISDICTION TO EXELCISE UNDER SUPPLEMENTAL JURISDICTION OVER THE PLAINTIFF STATE LAW CLAIMS THAT ARISES FROM THE SAME FACTS AND CIRCUMSTANCES UNDER 28 U.S.C §1367 SEE, CROSBY V. CITY OF GASTONIA 635 F. 3d 634, 639 (4TH CIR. 2011)

4.) THIS ACTION IS BEING BROUGHT BY PLAINTIFF LARRY BLAKNEY WHO UNDER THE COLOR OF LAW IS AS OF NOW BEING SUBJECTED TO INADEQUATE MEDICAL CARE AND MEDICAL NEGLECTION N.C. GEN. STAT. §90-21.11 SEE. KEITH V. NORTHERN HOSP. DIST. 129 N.C. APP. 402, 499 S. E. 2d. 200, 202 (N.C. APP. 1998) NOLTON V. SCOTLAND MEM'l HOSP. INC. 250 N.C. APP. 393, 398-99, 793 S. E. 2d 703, 708-09 (2016) NICHOLS V. UNITED STATES CASE NO. 5:09-CT-3046-D, 2010 U.S. Dist. Lexis 155242 2010 WL1162266a AT*4 (E.D.N.C MAR. 12. 2010

5.) Plaintiff address is Federal Medical Center of N.C 1000 Old Highway N.C 75 Butner N.C 27509 the Defendants mention in this acting within the scope of their Employment as Defendants, the United States of America address and location is Federal Medical Center of Butner N.C 1000 Old Highway N.C 75 Butner N.C 27509

6.) The Plaintiff has compleed with all Prerequisites to a suit under the Federal Tort Claims Act in that:

A) On 1-12-2024 (Date) the Plaintiff filed an B-8 B9, Informal Complaint with the appropiate officials of the Unit Team as well as the complex warden T. Scarantino, Afterward the Plaintiff exhausted all other available Remedies on a B-10 as well as a B-11 Form to the Regional Director and the General Counselor all of which is included as an Exhibit to the Administrative Claim for the matters in dispute in this action for the Medical Experts acting within the scope of their employment, as well as the servants and agents of the U.F.M.C of Butner N.C to refrain from violating his Liberty intrest of Due Process to say No to unwanted Anti-Psychotic Drugs. And the forceible involuntary use of Anti-Psychotic Medications. See. Washington V. Harper, 494 U.S. 210, 221, 110 S.Ct. 1029, 108 L. Ed. 2d 178 (1990) Which may be overcome by an essential "or" overriding State Interest. Id. at 179 (quoting Riggins v. Nevada, 504 U.S. 127, 134, 135, 112 S.Ct. 1810, 118 L. Ed. 2d 479 (1992) Do to the fact that Forced drugging after the will and the mind of the subject and constitutes a deprivation of Liberty in the most intern and fundamental Sense. See. United States v. Bush, 585 F. 3d. 806, 813 (4th Cir. 2009); United States v. Evans, 404 F. 3d 227, 235 (4th Cir. 2005)

Case 5:24-ct-03082-D-RJ    Document 5    Filed 04/19/24    Page 12 of 18

## ACTS OF NEGLIGENCE AND OMISSIONS

B.) THE DEFENDANT, BY AND THROUGH ITS AGENCY, THE APPEAL OF INVOLUNTARY MEDICATION HEARING DECISION BY THE COMPLEX WARDEN T. SCARANTINO, AS WELL AS THE ADMINISTRATIVE GRIEVANCE CLAIM WAS DENIED ON 11-29-23, A COPY OF WHICH IS ATTACHED TO THIS COMPLAINT AS EXHIBIT ___ "

C.) THIS ACTION WAS TIMELY COMMENCED FOLLOWING THE DENIAL OF THE ADMINISTRATIVE CLAIM.

3.) PLAINTIFF ALSO BRINGS THIS ACTION AGAINST DEFENDANT, C. CLOUTIER, M.D., L. SHELLAS, PSY.D, AND L. GRADY, M.D PHYSICIANS ACTING AS THE AGENTS, SERVANTS AND EMPLOYEES OF DEFENDANT, THE UNITED STATES OF AMERICA, AS WELL AS THE COMPLEX WARDEN T. SCARANTINO OF THE F.M.C OF BUTNER N.C IN THE COURSE OF THIER EMPLOYMENT WHO, ALONG WITH OTHER AGENTS, SERVANTS, AND EMPLOYEES OF DEFENDANT THE UNITED STATES OF AMERICA, BUT UNKNOWN TO PLAINTIFF COMMITTED THE ACTS OF NEGLIGENCE THAT ARE SET FORTH MORE FULLY BELOW:

4.) AS A RESULT OF THE FAULT OF THE DEFENDANTS, BY AND THROUGH THIER AGENTS, SERVANTS AND EMPLOYEES, ACTING WITHIN THE SCOPE OF THIER EMPLOYMENT, PLAINTIFF SUFFERED INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AS WELL AS SEVERE SIDE EFFECTS FROM THE UNNEEDED INVOLUNTARY ANTI-PSYCHOTIC, DRUGS THAT PLAINTIFF WAS FORCE TO TAKE DO TO A "HARPER" HEARING CONDUCTED BY THE DEFENDANTS SEE. WASHINGTON V. HARPER, 494 U.S. 210, 110. S. CT. 1028, 108 L. Ed. 2d. 178 (1990)(HARPER HEARING IS A HEARING THAT FORCE A PATIENT TO TAKE MEDICATION DO TO DANGEROUSNESS ARE BEHAVIOR PROBLEMS IN DEPRIVATION OF THIER LIBERTY INTEREST. SEE, RIGGINS V. NEVADA 504 U.S. 127, 112 S. CT. 1810 118 L. Ed 2d. (479) (1992)
EASTER V. LEXINGTON MEMORIAL HOSPITAL, INC. 303 N.C. 303, 287 S.E. 2d. 753, 756 (N.C. 1981), CHILDERS V. FRYE, 201 N.C. 42, 158 S.E. 744 (N.C. 1931) CITING MOZINGO V. PITT COUNTY MEMORIAL HOSPITAL, INC. 331 N.C. 182, 400 S.E. 2d. 747, 751

Case 5:24-ct-03082-D-RJ Document 5 Filed 04/19/24 Page 13 of 18

5.) THESE INJURIES RESULTED FROM THE NEGLIGENCE OF THE AGENTS, SERVANTS, AND EMPLOYEES OF DEFENDANTS, ACTING WITHIN THE SCOPE OF THIER EMPLOYMENT AS FOLLOWS:

A) ON 11-7-23 PLAINTIFF LARRY BLAKNEY I PLAINTIFF DO ADMIT TO HAVING A EPISODE ON THE UNIT, IT WAS NOT TOWARDS ANY INMATES ARE PRISON OFFICEALS AT THE F.M.C of BUTNER N.C ON THE UNIT THAT I'M HOUSED. THE EIECTRONIC SURVEILLANCE IN PURSUANT TO 50 U.S.C 81801 IN WHICH HAS BEEN APPROVED BY ATTORNEY GENERAL MERRICK GARLAND SO THAT I CAN BE WATCHED BY THE COMMUNITY OF HARTSVILLE S.C, AND THE LAW ENFORCERS OF HARTSVILLE S.C ALONG WITH THE CHIEF OF THE HARTSVILLE S.C POLICE DEPARTMENT JAMES HUDSON IN WHOM HAS BEEN SURVEILLANCING ME SINCE MY DAYS OF ARRIVAL TO THE F.M.C WHICH WAS 9-16-2020 THROUGH A CYBERSTALKING AND CYBERBULLYING METHOD THAT'S MENTION IN MY ADMINISTRATIVE GRIEVANCE AND OTHER REMEDIES ATTACHED TO THE COMPLAINT AS EXHIBIT "2"

B) AT THE TIME OF THE EPISODE THE HARASSMENTS OF INSULTS, DEROGATORY STATEMENT, THREATS AND EXTORTIONS THAT I HAVE BEEN ALLOWED TO BE OPPOSED BY THROUGH THE ELECTRONIC SURVEILLANCE THAT THE D.O.J THROUGH ITS ATTORNEY GENERAL, SHAWN CARTER A.K.A JAY-Z, CATHERINE NEWTON A.K.A "CAT" AND THE OTHERS MENTIONED IN MY ADMINISTRATIVE REMEDIES WHO ARE PAYING INDIVIDUALS OF THE GENERAL PUBLIC OF HARTSVILLE S.C TO WATCH ME THROUGH AT THE F.M.C AND PICK-ON AND HARASS ME ALL THROUGH THE DAY AND NIGHT, HAD BECAME SO ANNOYING THAT IT PROVOKE ME TOWARDS A VIOLENT AND DISORDERLY RESPONSE DO TO THE REPEATED COMMUNICATION OF HARASSMENTS COMING FROM THE EIECTRONIC SURVEILLANCE APPROVED BY THE ATTORNEY GENERAL IN PURSUANT TO 50 U.S.C S 1801-1861 THAT'S CAUSING ME TO BE HIGHLY AGGRIEVED AND INVADED

C.) I ADMITT THAT AFTER BEING HARASSED, THREATEN, EXTORTED AND PICKED ON BY THE INDIVIDUALS MENTIONED IN MY ADMINISTRATIVE REMEDIES AND COMPLAINTS, IT CAUSED ME TO SUFFER A VIOLENT AND DISORDERLY RESPONSE DO TO THE HARASSMENT IN WHICH PROVOKED ME TOWARD WARTH CAUSING ME TO YELL AND SCREAM IN RESPONSE TO THE INDIVIDUALS THE ATTORNEY GENERAL AS WELL AS THE AGENTS, SERVANTS AND EMPLOYEES OF THE DEFENDANT, THE UNITED STATES OF AMERICA IS ALLOWING TO HARASS ME THROUGH THE ELECTRONIC SURVEILLANCE, NOT ANY OF THE INMATES ARE THE PRISON OFFICIALS, INSTEAD OF THE PRISON OFFICALS ASSISTING ME THROUGH THE APPROPRIATE PROCEDURES OF MY RESOLUTION ATTEMPTS, GRIEVENCES, AND OTHER ADMINISTRATIVE REMEDIES THEY DEPRIVED ME OF DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT BY AN EXPRESSION OF PUNISHMENT AND RESTRICTION AND PUNISHMENT BY LOCKING ME IN MY CELL ON AD STATUS AND NOT LETTING ME COME OUT TO SHOWER OR CLEAN CELL FOR WELL OVER 45 DAYS YOU CAN REQUEST THE VIDEO FOOTAGE AS AN EXHIBIT MY ROOM IS RIGHT INFRONT OF THE SURVEILLANCE SYSTEM, SEE, MARTIN V. GENTILE, 849 F. 2D 863, 870 (4TH CIR. 1988); YOUNGBELL V. ROMEO, 457 U.S. 307 315-16, 102 S.CT. 2452, 73 L. Ed. 28 (1982); PATTEN V. NICHOLS, 274 F.3d 829, 837 (4TH CIR. 2001) OF RESTRICTION & PUNISHMENT CAUSING ME TO SUFFER MENTAL ANGUISH & EMOTIONAL DISTRESS SEE, NICHOLS V. UNITED STATES NICHOLS V. UNITED STATES, CASE NO. 5:09-CY-196-BO, 2010 U.S. DIST. LEXIS 155349, 2010 WL 11642668, AT *(E.D.N.C. MAR. 12, 2010)

D.) ON 11-20-2023 (DATE) DEFENDANT C. CLOUTIER M.D., PsyD L. SHERAS, AND L. GRADY, M.D., DICTATED A WRITTEN REPORT IN WHICH WAS FABRICATED AND A FALSE TESTIMONY, THE FALSE TESTIMONY WAS SUBSEQUENTLY APPROVED BY THE DEFENDANT COMPLEX WARDEN T. SCARANTINO FOR THE PLAINTIFF TO BE APPROVED TO INVOLUNTARILY BE FORCED TO TAKE UNNEEDED ANTI-PSYCHOTIC DRUGS CALLED RISPERIDONE IN THE FORM OF A DESOLVABLE TABLET, ALONG WITH ANOTHER ANTI-PSYCHOTIC DRUG CALLED ABILIFY IN WHICH BOTH CAUSE SERIOUS SIDE EFFECTS IN DEPRIVATION OF THE PLAINTIFF DUE-PROCESS RIGHTS, SEE, RIGGINS V. NEVADA 504 U.S. 187, 112 S.CT. 1810, 118 L. Ed. 2d. 479) (1992)

E.) ON 12-30-2023 (DATE) THE MEDICAL PROVIDER AND M.D GRADY LOGAN CHANGED MY MEDICATION OF THE DESOLUABLE TABLET TO A INJECTION OF BOTH ABILIFY AND RESPERIDONE IN THE FORM OF A NEEDLE INJECTION AGAINST MY WILL AND LIBERTY INTEREST, THROUGH FALSE PRETENSES OF THE SITUATION THAT I'M DEALING WITH DO TO THE ELECTRONIC SURVEILLANCE THAT THE ATTORNEY GENERAL MERRICK GARLAND IS CONDUCTING ON ME AT THE F.M.C OF BUTNER N.C IN WHICH HE IS ALLOWING ME TO PICKED ON, HARASSED, BLACKMAIL, EXTORTED, CYBERSTALK AND CYBERBULLIED BY THE INDIVIDUALS THAT MENTIONED IN MY ADMINISTRATIVE REMEDIES CLAIMS ACTING OUT OF DELIBERATE INDIFFERENCE OF THE DUE PROCESS CLAUSE WHICH PROVIDES ME TO A FUNDAMENTAL JUDGMENT STANDARD OF THE MEDICAL EXPERTS, THAT'S ASSISTING ME IN FAIR TREATMENT AND CARE WHILE IN THEIR CUSTODY, INSTEAD I'M BEING OPPOSED WITH MEDICAL NEGLECT BY BEING FORCE TO BE INJECTED WITH UNNEEDED ANTI-PSYCHOTIC DRUGS THROUGH INJECTION OF FORCE FOR A SITUATION THAT'S REALLY OCCURING, I'M NOT HALLUCINATING ARE DELUSIONING ABOUT THE CYBERBULLYING AND HARASSMENT THROUGH THE ELECTRONIC SURVEILLANCE. SEE, BENSON V. TERHUNE 304 F.3d. 874 (9TH CIR. 2002) ALSO SEE, YOUNGBERG V. ROMEO, 457 U.S. 307, 315-16, 102 S.CT. 2452, 78 L.Ed. 28 (1982); PATTERN V. NICHOLS 274 F.3d. 829, 837 (4TH CIR. 2001) IN WHICH IS ALSO A CRUEL AND UNUSUAL PUNISHMENT IN THE CONTEXT OF THE EIGTH AMENDMENT AND ITS STANDARDS
SEE, ESTELLE V. GAMBLE, 429 U.S. 97, 106, 97 S.CT. 285, 50 L.Ed. 2d. 251 (1976) ALSO SEE. MILTIER V. BEORN, 896. F.2d. 848, 851 (4TH CIR. 1990)

F.) THE AGENTS, SERVANTS, AND EMPLOYEES, ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT AS THE DEFENDANTS THE UNITED STATES OF AMERICA ARE ALLOWING ME TO BE OPPOSE WITH IMMINENT DANGER BY ALLOWING ME TO BE INVADED AND INTRUDED THROUGH CYBERSTALKING AND CYBERBULLYING METHOD THAT THE ATTY GEN IS USING AT THE PRISON THROUGH THE ELECTRONIC SURVEILLANCE THAT'S ALLOWING ME TO BE PICKED-ON BY THE INDIVIDUALS MENTION IN MY ADMINISTRATIVE REMEDIES, THAT'S USING THE DEVICE TO PROVOKE THE INMATES AROUND ME TO PICK-ON ME AS WELL PUTTING ME IN FEAR OF MY SAFETY AND IMMINENT DANGER OF GETTIN IN QUARRELS FARTHER WITH THE OTHER INMATES AT THE PRISON WILLIAMS V. DEO 9F. 3d. (8TH CIR. 1995)

6.) AS A RESULT OF THE ACTS DESCRIBED IN THIS COMPLAINT, THE PLAINTIFF SUFFERED PAIN AND SUFFERING AS WELL AS ABUSE AND NEGLECT OF THE MENTALLY ILL BY BEING FORCED TO TAKE UNNEEDED MEDICATION. UNDER THE FEDERAL TORT CLAIMS ACT THE DEFENDANT THE UNITED STATES OF AMERICA IS LIABLE TO THE PLAINTIFF FOR THIER UNLAWUL ACTIONS OF MISCONDUCT, MEDICAL MALPRACTICE, AS WELL AS DEPRIVATION OF THE PLAINTIFF DUE PROCESS CLAUSE IN WHICH PROHIBITS UNFAIR AND UNJUST JUDGMENT FROM MEDICAL EXPERTS. SEE ~~MARTIN~~ MARTIN V. GENTILE, 849 F. 2d 863, 870 (4TH CIR. 1988); CITY OF REVERE V. MASS. GEN. HOSP., 463 U.S. 239, 244, 103 S. Ct. 2979, 77 L. Ed. 2d 605 (1983) also SEE. PATTEN V. NICHOLS, 274 F. 3d 829, 837 ((4TH CIR. 2001)

### PRAYER

PLAINTIFF REQUESTS THAT THIS COURT RENDER JUDGMENT AGAINST THE DEFENDANTS;

A.) THE PLAINTIFF ASK THE COURT TO ENTER JUDGMENT AGAINST DEFENDANT UNITED STATES OF AMERICA LIABLE TO THE PLAINTIFF IN THE SUM OF $250,000,000

B) PLAINTIFF ASK THE COURT TO HOLD DEFENDANTS UNITED STATES OF AMERICA JOINTLY AND SEPERALLY LIABLE FOR COMPENSATORY AND PUNITIVE DAMAGES AND THE COST OF THIS ACTION

C.) FOR ANY OTHER RELIEF THAT THE COURT FEEL PROPER 3 JUST AND FOR THE DEFENDANTS TO REFRAIN FROM GIVING UNWANTED ANTI-PSYCHOTIC DRUGS

I HAVE READ THE FOR GOING COMPLAINT; AND THE ALLEGATIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, BELIEF AND INFORMATION

SIGNATURE: Jay Blake

DATE: 4-4-2024

Larry Blakney #34750171
PLAINTIFF

v.s

UNITED STATES of AMERICA
DEFENDANT

CASE No. 5:24-CT-3082-BO

CERTIFICATE of SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE PRISONER COMPLAINT AND ATTACHED COMPLAINT AND THE SUMMONS, ALONG WITH MOTION TO APPOINT MARSHALS TO SERVE SUMMONS AND COMPLAINT, TOGETHER WITH ALL ATTACHMENTS, EXHIBITS INCLUDING THE AFFIDAVIT FOR THE MOTION TO APPOINT MARSHALS TO SERVE SUMMONS AND COMPLAINT AND SUPPORTING PAPERS, WERE DELIVERED IN PERSON TO THE EMPLOYEES AT THE F.M.C of BUTNER N.C AND ALSO SENT BY FIRST CLASS MAIL IN PROPERLY-ADDRESSED ENVELOPE WITH FIRST-CLASS POSTAGE BEFORE 5:00pm ON 4-16-2024 (DATE) TO THE ATTORNEYS of RECORD FOR ALL THE PARTIES OF THE F.M.C of BUTNER N.C IN THIS ACTION AT THE ADDRESS BELOW:

ATTORNEY GENERAL MERRICK GARLAND
DEPARTMENT of JUSTICE of U.S.
950 PENNSYLVANIA AVENUE N.W
WASHINGTON, D.C, 20530

I DECLARE UNDER THE PENALTY of PERJURY THAT THE FOREGOING IS TRUE AND CORRECT (28 U.S.C & 1746; 18 US(§1621)
DATE: 4-16-2024          SIGNATURE: Larry Blakney