# United States District Court
### Eastern District of North Carolina
### Western Division

## Case No. 5 :24-CT-03082-BO

(To be filled out by Clerk's Office only)



**FILED**

**AUG 2 2024**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

LARRY BLAKNEY

_____

Inmate Number 347501171

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

COMPLEX WARDEN T-SCARANTINO, LOGAN
GRADDY, CHARLES CLOUTIER AND
LAURA SHERAS

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT

*(Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Page 1 of 10

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☑    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

LARRY BLAKNEY
Name

34750171
Prisoner ID #

FEDERAL MEDICAL CENTER of BUTNER N.C
Place of Detention

1000 OLD HIGHWAY N.C 75
Institutional Address

BUTNER          NORTH CAROLINA          27509
City                    State                    Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☐ Federal
☑    Civilly committed detainee
☐    Immigration detainee
☐    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

Case 5:24-ct-03082-D-RJ    Document 15    Filed 08/02/24    Page 2 of 10

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: T. SCRANTINO
Name

WARDEN of F.M.C of BUTNER
Current Job Title

1000 OID HIGHWAY N.C 75
Current Work Address

BUTNER   NORTH CAROLINA   27509
City   State   Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: LOGAN GEADDY
Name

PSYCHOLOGIST
Current Job Title

1000 OID HIGHWAY N.C 75
Current Work Address

BUTNER   NORTH CAROLINA   27509
City   State   Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: CHARLES CLOUTIER
Name

PSYCHARTRIST
Current Job Title

1000 OID HIGAWAY N.C 75
Current Work Address

BUTNER        NORTACAROLINA        27509
City                    State                Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: LAURA SHERAS
Name

PSYCHOLOGIST
Current Job Title

1000 OID HIGHWAY N.C 75
Current Work Address

BUTNER        NORTHCAROLINA        27509
City                    State                Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Case 5:24-ct-03082-D-RJ   Document 15   Filed 08/02/24   Page 4 of 10

## V. STATEMENT OF CLAIM

Place(s) of occurrence: FEDERAL MEDICAL CENTER OF BUTNER N.C

Date(s) of occurrence: FEBUARY 2024 FROM THE TIME ARRIVED TO THE F.M.C

State which of your federal constitutional or federal statutory rights have been violated:

EIGTH, FOURTEENTH, AND FIFTH AMENDMENT OF THE U.S CONSTITUTION MEDICAL MALPRACTICE UNDER N.C. GEN. STATS 90.21.12 WHICH CLEARLY STATES WHEN PERSONAL INJURY IS INVOLVED OUT OF RECKLESSDISREGARD OF A THE RISK OF THE PATIENT HEALTH AND SOFETY IT VIOLATES THE DUE-PROCESS CLAUSE

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you

FACTS: SEE, SCINTO V. STANSBERRY, 841 F. 3d, 219, 225 (4TH CIR. 2016) ALSO SEE, JACKSON V. LIGHTSEY, 775 F. 3d. 170, 178 (4TH CIR. 2014)

I'M DIANOSED WITH DEABETES AS WELL AS INJURY TO MY KIDNEYS AND SEVERAL OTHER INJURIES INCLUDED IN MY MEDICAL RECORDS OF EXHIBITS DO TO THE INVOLUNTARY MEDICATION THAT I'M BEING FORCED TO TAKE BY THE HEAD PSINCHATRIST OF BUTNER F.M.C GRADDY LOGAN, LOGAN GRADDY, CHARLES CLOUTIER AS WELL AS MY PSYCHOLOGIST LAURA SHERAS, WHO ALL THROUGH COMPLEX WARDEN T. SCARANTINO ARE FORCE MEDICATING ME THROUGH AN INJECTION WITHOUT THE COURTS APPROVAL. THESE INDIVIDUALS HAS PERSCRIBE ME TO TAKE RISPERDONE AND ABILIFY THE SIDE-EFFECTS OF THESE 2 MEDS CLEARLY

INDICATES THAT THEY WILL RUN YOUR BLOOD SUGAR HIGH AND PUT YOU AT A HIGH RISK OF BEING DEANOSED WITH DEABETES AS WELL AS WEIGHT GAIN. MY BLOOD SUGAR (GLUCOSE) WENT UP TO OVER 800 IN FEBURARY 2024 FROM FEB. 7 UNTIL AROUND THE 10TH OF FEBUARY I HAD TO BE HOUSED AT THE DUKE REGIONAL HOSPITAL DO TO HIGH BLOOD SUGAR CAUSED BY THESE ANTI-PSYCHOTIC MEDS UPON ARRIVAL TO THE DUKE HOSPITAL IN DURHAM I WAS TOLD BY THE DOCTORS IF I WOULDN'T GOT THERE IN TIME I COULDHAVE WENT INTO COMA AND DIED

NICHOls v. UNITED STATES, CASE No. 5:09-CV-196-BO, 2010 U.S. DIST. LEXIS 155342, 2010 WL 1629662, a+*4 (E.D.N.C. MAR. 12, 2010)

**What happened to you?**

THE MEDICATION THEN DESCRIBE TO ME THE RISPERDONE AND THE ABILITY MADE ME GAIN EXCESSIVE WEIGHT, IT ALSO RAN MY GLUCOSE UP TO 800 MY BLOOD SUGAR WAS SO HIGH THAT THEN HAD TO RUSH ME OFF TO THE DUKE REGIONAL HOSPITAL TO DO A INSULIN DRIP IF I WOULDN'T MADE IT THERE IN TIME THE DOCTORS AND MEDICAL EXPERTS AT DUKE REGIONAL HOSPITAL SAID IF I WOULD'T MADE IT THERE IN TIME IT'S WAS A GREAT POSSIBILITY I WOULD'VE WENT IN A COMA AND DIED. AFTERWARDS I RETURN TO THE F.M.C AFTER A THREE TO FOUR DAY STAY IN THE HOSPITAL THEN DID NOT CEASE THE ANTI-PSYCHOTIC MEDS OF RISPERDONE THEN INCREASED THE DOSE OUT OF DELIBERATE IN DIFFERENCE OF MY HEALTH AND SAFETY

**When did it happen to you?**

ESTATE OF MULLIS BY DIXON V. MONROE OIL CO. 349 N.C. 196, 201, 505, S.E. 2d. 131, 135 (1998) THE CHIEF PSYCHIATRIST LOGAN GRADDY INCREASE THE DOSAGE OF RISPERDONE TO TWO DISSOLVABLE TABLETS INSPITE OF THE RISK OF MY HEALTH AND SAFETY AS A DIABETE THAT'S DIAGNOSE WITH DIABETES DO TO THE ANTI-PSYCHOTIC MEDICATION THAT'S HE AND THE OTHERS MENTION IN THE COMPLAINT IS DESCRIBING TO ME AT THE FEDERAL MEDICAL CENTER OF BUTNER N.C PUTTING ME AT RISK AND IMMINENT DANGER OF BEING DIAGNOSED WITH A LIFE THREATING ILLNESS OF KETO ACIDOIS

**Where did it happen to you?**

SEE BULLENS V. SCHMIDT, 332 N.C. 580, 583, 369, S.E. 2d. 601, 605 (1988) AFTER SEVERAL DAYS OF VOMITING AND BEING DEHYRATED AND BAD DIARRHEA DO TO THE MEDICATION THAT CAUSE ME TO GAIN EXCESSIVE WEIGHT AND SEVERE INCREASE IN BLOOD SUGAR ON 1-C, OF THE FEDERAL MEDICAL CENTER OF BUTNER N.C THE HEALTH CARE PROVIDERS OF F.M.C WAS FULLY AWARE OF MY HIGH RISK OF DIABETES SINCE MARCH 2021 AND PROCRASTINATED ON ASSISTING ME WITH THE APPROPRIATE TREATMENT CAUSING ME TO ALMOST LOOSE MY LIFE SEE. 18 U.S.C. § 4042 (A)(2)-(3) MANDATORY DUTY OF CARE)

SEE. CLARKE V. MIKHAIL, 729 S.E. 2d, 150, 160 (N.C. Ct. App. 2015)
N.C. GEN. STAT § 10-15(A) N.C. GEN. STAT § 1-D-5(7)

COCKERHAM-ELLERBEE V. TOWN OF JONESVILLE, 660 S.E. 2d 178, 180 (N.C. Ct. App. 2008)

**What was your injury?**

THE INJURIES THAT I SUFFER NOW IT DAMAGE TO MY KIDNEYS I'M NOW DIANOSE WITH DIABETES AND HAVE TO TAKE INSULIN TO CONTROL MY GLUCOSE SO IT WANT RUN TOO HIGH ARE LOW AND CAUSE ME TO GO INTO COMA ARE MAYBE LOOSE A LIMB ARE SOMETHING I HAVE TO BE POKED THREE TIMES A DAY AND I'M TAKING INSULIN THREE TIMES A DAY TO HELP CONTROL MY DIABETES AND I'M SUFFERING WEIGHT GAIN AND HIGH CHOLESTEROL THE DEFENDANTS MENTION IN THE COMPLAINT HAS NOT CEASED GIVING MEDICATION THAT'S LIFE-THREATING INSTEAD THEY HELD A HARPER HEARING AND NOW I'M BEING FORCE MEDICATED WITH A ANTI-PSYCHOTIC MEDICATION CALLED "HALDOL" ONCE EVERY TWO WEEKS

WASHINGTON V. HARPER, 494 U.S. 210, 229, 110 S. Ct. 1028 L. Ed. 2d. 178 (1990)

ON AROUND THE 30TH OF MAY 2024 WITHOUT THE COURTS APPROVAL AND WITH RECKLESS DISREGARD OF A COURT ORDER IN VIOLATION OF THE DUE-PROCESS CLAUSE. WHICH REQUIRES A COURT APPROVAL FOR AN INDIVIDUAL TO BE DEPRIVED OF HIS/HER LIBERTY INTEREST TO REFUSE UNWANTED ANTI-PSYCHOTIC MIND ALTERING MEDICATION THE DEFENDANTS TOOK IT AMONGST THEMSELVES TO DEPRIVE PLAINTIFF LARRY BLAKNEY OF HIS LIBERTY INTREST TO SAY NO TO UNWANTED INVOLUNTARY MEDICATION AND ORDERED HIM TO BE FORCIBLY MEDICATED WITH AN INTRUSION OF AN INJECTION OF "HALDOL" THROUGH A NEEDLE AND IS NOW FORCING THE PLAINTIFF TO BE INVADED WITH THE INTRUSION OF THE NEEDLE INJECTION OF THE MIND ALTERING MEDS OF SEVERE SIDE EFFECTS THAT HIGH INVASIVE TO HIS MENTAL STATE AND IS LIFE THREATING TO SOMEONE WITH DIABETES

RIGGINS V. NEVEDA, 504 U.S. 127, 134, 112 S. Ct. 1810, 118 L. Ed. 2d. 479 (1992)

(CITING) WEATHERFORD V. GLASSMAN, 129 N.C. APP. 618, 500 S.E. 2d 466 468 (N.C. Ct. App. 1989)

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No

If no, explain why not:

I FILED A B-8 INFORMAL RESOLUTION WITH THE STAFF, I ALSO FILED A B-9 WITH THE WARDEN AFTERWARDS I FILED AN APPEAL ON A B-10 TO THE REGIONAL DIRECTOR I ALSO FILED A B-11 WITH THE GENERAL COUNSELOR NONE OF THEM REPOND WITH A SIGNATIGANT RESPONSE SO I FILED TO THE COURT

Is the grievance process completed?  ☑ Yes  ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

FOR THE INTENTIONAL EMOTIONAL DISTRESS, THE PAIN AND SUFFERING, I WILL LIKE THE COURT IF POSSIBLE TO CEASE THE FORCE MEDICATION OF THE ANTI-PSQCHOTIC MEDICATION "HALDOl" AND IN SUM I WILL LIKE THE COURT TO ORDER THE DEFENDANT TO GRANT ME $250,000 IN COMPENSATORY AS WELL AS PUNITIVE DAMAGE ALSO AN IMMEDIATE RELEASE FROM THERE CUSTODY AND CARE DUE TO MEDICAL MALPRACTICE 3 NEGLIGENCE

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☑ Yes   ☐ No

If yes, how many?   CAN'T REMEMER

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

I CANNOT REMEMBER THE NAME OF THE CASES BUT THEY'VE All WITH THIS COURT YOU'All SHOULD HAVE THEM DOCKETED

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

July 25, 2024
Dated

Tony Blakney
Plaintiff's Signature

LARRY BLAKNEY
Printed Name

34750171
Prison Identification #

1000 OLD HIGHWAY N.C. 75     BUTNER     N.C     27509
Prison Address          City        State   Zip Code